UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  Case No. 8:10-cr-110-T-24-EAJ

SAMUEL MANDARELLI

_____/

**ORDER**

This cause comes before the Court on Defendant Samuel Mandarelli's Motion to Sever Counts (Doc. 80). For the reasons stated below, the Court denies this motion.

Mandarelli was indicted for two counts of being a convicted felon in possession of a firearm in violation of Title 18, United States Code, Section 922(g). In his motion, Mandarelli asks the Court to sever the counts against him, pursuant to Federal Rule of Criminal Procedure 14(a).[1] Mandarelli argues that the two counts arise from events on two different days and involve two different types of firearms. Therefore, he argues, evidence for one charge would be irrelevant to the other charge and would "merely tend to show propensity." (Doc. 80.)

The Court rejects this argument. Federal Rule of Criminal Procedure 8(a) provides: "The indictment or information may charge a defendant in separate counts with 2 or more offenses if the offenses charged . . . are of the same or similar character, or are based on the same act or transaction, or are connected with or constitute parts of a common scheme or plan." Because the two counts alleged against Mandarelli both relate to the unlawful possession of a firearm by a convicted felon, they are undoubtedly "of the same or similar character." Therefore, they may properly be tried together.

---

[1] Federal Rule of Criminal Procedure 14(a) provides: "If the joinder of offenses . . . in an indictment . . . for trial appears to prejudice a defendant. . . , the court may order separate trials of counts . . . , or provide any other relief that justice requires."

Moreover, any potential prejudice may be addressed and cured by an instruction to the jury requiring them to consider each charge and the evidence pertaining to it separately.

Accordingly, it is ORDERED AND ADJUDGED that Defendant Samuel Mandarelli's Motion to Sever Counts (Doc. 80) is **DENIED**.

**DONE AND ORDERED** at Tampa, Florida, this 29th day of April, 2010.

SUSAN C. BUCKLEW
United States District Judge

Copies to:
Counsel of Record