UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  Case No. 8:10-cr-110-T-24-EAJ

SAMUEL MANDARELLI

_____/

## ORDER

This cause comes before the Court on Defendant Samuel Mandarelli's Motion in Limine (Doc. 81). Mandarelli was indicted for two counts of being a convicted felon in possession of a firearm in violation of Title 18, United States Code, Section 922(g). His motion is premised on the severance and separate trials of Counts I and II. However, in its previous Order (Doc. 83), this Court denied severance. Therefore, this Motion in Limine should also be denied.

Accordingly, it is ORDERED AND ADJUDGED that Defendant Samuel Mandarelli's Motion in Limine (Doc. 81) is **DENIED**.

**DONE AND ORDERED** at Tampa, Florida, this 29th day of April, 2010.

SUSAN C. BUCKLEW
United States District Judge

Copies to:
Counsel of Record